UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REGINALD L. DIFFENDERFER** <br> 319 West 30th Street <br> Baltimore, Maryland 21211-2808 | * <br><br> * | |
| *Plaintiff* | * | |
| v. | * | |
| | * | |
| **UNITED STATES OF AMERICA** <br> **Serve On:** <br> Jeffrey A. Taylor, <br> United States Attorney for <br> the District of Columbia <br> Office of the United States Attorney for <br> the District of Columbia <br> Judiciary Center <br> 555 Fourth Street, NW <br> Washington, D.C. 20530 | * <br><br> * <br><br> * <br><br> * <br><br> * <br><br> * | 1:08-CV-01338-RJL |
| **Serve On:** <br> Michael B. Mukasey, <br> Attorney General of the United States <br> United States Department of Justice <br> 950 Pennsylvania Avenue, NW <br> Washington, D.C. 20530 | * <br><br> * <br><br> * <br><br> * | |
| *and* | * | |
| **VERNE BETLACH, R.PH., FIACP** <br> 6519 Nicollett Avenue South <br> Richfield, Minnesota 55423 | * <br><br> * | |
| **Serve on:** <br> Verne Betlach, R.Ph., FIACP <br> 6519 Nicollett Avenue South <br> Richfield, Minnesota 55423 | * <br><br> * | |
| *and* | * | |
| **VERNE BETLACH, R.PH., FIACP** | * | |

| | |
|---|---|
| **d/b/a** | |
| **CUSTOM RX COMPOUNDING** | * |
| **AND NATURAL PHARMACY** | |
| 6519 Nicollett Avenue South | * |
| Richfield, Minnesota 55423 | |
| | * |
| **Serve on:** | |
| Verne Betlach, R.Ph., FIACP | * |
| 6519 Nicollett Avenue South | |
| Richfield, Minnesota 55423 | * |
| | |
| *and* | * |
| | |
| **CUSTOM RX COMPOUNDING** | * |
| **PHARMACY, INC.** | |
| 6519 Nicollett Avenue South | * |
| Richfield, Minnesota 55423 | |
| | * |
| **Serve on:** | |
| Verne Betlach | * |
| 6519 Nicollett Avenue South | |
| Richfield, Minnesota 55423 | * |
| | |
| *Defendants* | * |
| | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mary Cina Chalawsky as attorney of record for the Plaintiff, Reginald L. Diffenderfer, in the above referenced action.

Dated this 14th day of August, 2009.

                    Respectfully submitted,

                    _____/s/_____
                    Mary Cina Chalawsky
                    Federal Bar No.: 474199
                    LAW OFFICES OF PETER G. ANGELOS
                    *A Professional Corporation*
                    One Charles Center, 22nd Floor
                    100 North Charles Street
                    Baltimore, Maryland 21201
                    410-649-2000

                    *Attorneys for Plaintiff*