# PROOF OF SERVICE

U S District Court District Of Columbia
3rd & Constitution Avenue
Washington D C 20001

**Case#-** 1:08-cv-01338
**Plaintiff-** Reginald L Diffenderfer
**Defendant-** United States Of American, Et Al

========Person Served / Description / Date, Time / Address========
Verne Betlach, R.Ph, Fiacp
White, Male, 6'1 To 6'2, 195 To 200lbs, 40 TO 45yrs, , HAIR- , EYES-
Served date: 8-14-2008 / served time: 11:26 am
6519 Nicollett Ave South, Richfield, Mn  55423
================ Documents Delivered ================
Summons In A Civil Case, Notice Of Right To Consent To Trial Before
United States Magistrate Judge, Initial Electronic Case Filing
Order, Attorney/participant Registration Form And  Complaint And
Prayer For Jury Trial

I Have Effected Personal Service Upon The Individual Named Above At
The Address Listed Above, In An Individual Capacity And Or As Owner,
And Or As President, And Or As Resident Agent And Or As Manager, Or
Authorized To Accept On Behalf, Etc.
                    DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Proof of Service is true and correct.  ()
Executed on: 8-14-2008
                    **Robb Ross / Our File#- 209045**
    L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
                        Server Birth Date-
                    Attorney File#-
                            Court Phone #- 1-202-535-3565