# PROOF OF SERVICE

U S District Court District Of Columbia
3rd & Constitution Avenue
Washington D C 20001

Case#- 1:08-cv-01338
Plaintiff- Reginald L Diffenderfer
Defendant- United States Of America, Et Al

=======Person Served / Description / Date, Time / Address=======
Verne Betlach, R. Ph, Fiacp, D/b/a Custom Rx Compounding And Natural Pharmacy
White, Male, 6'1 To '6'2, 195 To 200lbs, 40 TO 45yrs, , HAIR- ,
EYES-   Served date: 8-14-2008 / served time: 11:26 am
6519 Nicollett Ave South, Richfield, Mn   55423
======================= Documents Delivered =================
Summons In A Civil Case, Notice Of Right To Consent To Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Attorney/participant Registration Form And   Complaint And Prayer For Jury Trial
==============================================================
I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, In An Individual Capacity And Or As Owner, And Or As President, And Or As Resident Agent And Or As Manager, Or Authorized To Accept On Behalf, Etc.
                    DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.   ()
Executed on: 8-14-2008
                    Robb Ross / Our File#- 209040
   L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
                    Server Birth Date-
              Attorney File#-
                    Court Phone #- 1-202-535-3565