## PROOF OF SERVICE

United States District Court District Of Columbia

**Case#-** 1:08-cv-01338
**Plaintiff-** Reginald L Diffenderfer
**Defendant-** United States Of America, Verna Betlach R.Ph., Fiacp, Verne Betlach, R.Ph., D/b/a Custom Rx Compounding And Natural Pharmacy, Custom Rx Compounding Pharmacy, Inc.

=======Person Served / Description / Date, Time / Address=======
Jeffrey A Taylor(served On: Lakesha Carroll, Docket Clerk Authorized To Accept Service Of Process)
Black, Female, 5'2", 140lbs, 30yrs, , HAIR- Blackw/ Red, EYES-
Served date: 8-13-2008 / served time: 11:46 am
C/o United States Attorney For The D.C., Office Of The U.S. Attorney For The District Of Columbia, 555 Fourth Street, Nw, Washington, D.C. 20530

============ Documents Delivered ============
Summons In A Civil Case, Complaint And Prayer For Jury Trial As To Defendant Verne Betlach, R.Ph., Fiacp, Defendant Verne Betlach, R.Ph., Fiacp D/b/a Custom Rx Compounding And Natural Pharmacy And Defendant Custom Rx Compounding Pharmacy, Inc.,

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.
                    DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.
Executed on: 8-13-2008

*Joy Christine Morales*

                Joy Christine Morales / Our File#- 208987
    L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
                    Server Birth Date-6-27-1955
                    Attorney File#-
                        Court Phone #-