# PROOF OF SERVICE

United States District Court District Of Columbia

**Case#-** 1:08-cv-01338
**Plaintiff-** Reginald L Diffenderfer
**Defendant-** United States Of America, Verne Betlach R.Ph., Fiacp, Verne Betlach R.Ph., D/b/a Custom Rx Compounding And Natural Pharmacy; Custom Rx Compounding Pharmacy, Inc.

========Person Served / Description / Date, Time / Address========
Michael B Mukasey (served On: Roosevelt Williams, Mailclerk Authorized To Accept Service Of Process)
Black, Male, 5'6", 150lbs, 30yrs, , HAIR- , EYES-  Served date: 8-13-2008 / served time: 12:14 pm
C/o Attorney General Of The U.S., United States Dept Of Justice, 950 Pennsylvania Avenue, Nw., Room B103, Washington, D.C. 20530
============================= Documents Delivered =============================
Summons In A Civil Case, Complaint And Prayer For Jury Trial As To Defendant Verne Betlach, R.Ph., Fiacp, Defendant Verne Betlach, R.Ph., Fiacp D/b/a/ Custom Rx Compounding And Natural Pharmacy And Defendant Custom Rx Compounding Pharmacy, Inc.

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.
        DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.
Executed on: 8-13-2008        *(signature)*
            Joy Christine Morales / Our File#- 208989
    L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
                Server Birth Date-6-27-1955
            Attorney File#-
                Court Phone #-