## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINALD L. DIFFENDERFER,**<br>319 West 30th Street<br>Baltimore, Maryland  21211-2808<br><br>*Plaintiff,*<br><br>       v.<br><br>**UNITED STATES OF AMERICA**<br><br>and<br><br>**VERNE BETLACH, R.PH., FIACP**<br>6519 Nicollett Avenue South<br>Richfield, Minnesota  55423<br><br>and<br><br>**VERNE BETLACH, R.PH., FIACP**<br>**d/b/a**<br>**CUSTOM RX COMPOUNDING**<br>**AND NATURAL PHARMACY**<br>6519 Nicollett Avenue South<br>Richfield, Minnesota  55423<br><br>and<br><br>**CUSTOM RX COMPOUNDING**<br>**PHARMACY, INC.**<br>6519 Nicollett Avenue South<br>Richfield, Minnesota  55423<br><br>       *Defendants.* | Civil  Action  No. 08-1338 (RJL)<br>Electronic Case Filing |

## **NOTICE OF APPEARANCE**

**THE CLERK OF THIS COURT** will please enter  the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the defendants in the above-captioned case.

Respectfully submitted,


   /s/Mercedeh Momeni
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of **August** 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff's counsel by first class United States mail, postage prepaid marked for delivery to:

> **PAUL D. RASCHKE, ESQ.**
> Law Offices of Peter G. Angelos
> One Charles Center
> Baltimore, MD 21201

>    /s/Mercedeh Momeni
> MERCEDEH MOMENI
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 305-4851
> (202) 514-8780 (facsimile)