**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **REGINALD L. DIFFENDERFER,** | ) | |
| 319 West 30th Street | ) | |
| Baltimore, Maryland  21211-2808 | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Civil Action  No. 08-1338 (RJL)** |
| | ) | **Electronic Case Filing** |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **VERNE BETLACH, R.PH., FIACP** | ) | |
| 6519 Nicollett Avenue South | ) | |
| Richfield, Minnesota  55423 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **VERNE BETLACH, R.PH., FIACP** | ) | |
| **d/b/a** | ) | |
| **CUSTOM RX COMPOUNDING** | ) | |
| **AND NATURAL PHARMACY** | ) | |
| 6519 Nicollett Avenue South | ) | |
| Richfield, Minnesota  55423 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **CUSTOM RX COMPOUNDING** | ) | |
| **PHARMACY, INC.** | ) | |
| 6519 Nicollett Avenue South | ) | |
| Richfield, Minnesota  55423 | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### AMENDED NOTICE OF APPEARANCE

  **THE CLERK OF THIS COURT** will please enter  the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for defendant, United States of America, in the above-captioned case.

Respectfully submitted,


_____/s/ *Mercedeh Momeni*_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of August 2008, a true and correct copy of

the foregoing **Amended Notice of Appearance** was served upon parties of record via the

Court's Electronic Case Filing system.


_____ /s/ *Mercedeh Momeni* _____

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)