**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**REGINALD L. DIFFENDERFER** *
319 West 30th Street
Baltimore, Maryland 21211-2808 *

*Plaintiff* *

v. *

*

**UNITED STATES OF AMERICA**
**Serve On:** *
Jeffrey A. Taylor,
United States Attorney for *
the District of Columbia
Office of the United States Attorney for *
the District of Columbia
Judiciary Center * Case No.: 1:08-CV-01338-RJL
555 Fourth Street, NW
Washington, D.C. 20530 *

**Serve On:** *
Michael B. Mukasey,
Attorney General of the United States *
United States Department of Justice
950 Pennsylvania Avenue, NW *
Washington, D.C. 20530
*

*and*
*

**VERNE BETLACH, R.PH., FIACP**
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*

**Serve on:**
Verne Betlach, R.Ph., FIACP *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*and* *

**VERNE BETLACH, R.PH., FIACP** *

**d/b/a**
**CUSTOM RX COMPOUNDING AND NATURAL PHARMACY** *
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach, R.Ph., FIACP *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*and* *

**CUSTOM RX COMPOUNDING PHARMACY, INC.** *
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*Defendants* *

*

* * * * * * * * * * * *

**MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE ATTORNEY**

NOW COMES Mary Cina Chalawsky and the Law Offices of Peter G. Angelos for the above listed Plaintiff and moves this Court, pursuant to LCVR 83.2 (c) and (d) of the Rules governing practice by attorneys, to specially admit Thomas C. Summers to practice before the United States District Court for the District of Columbia. In support thereof, counsel states the following:

1. Thomas C. Summers is not admitted to practice law in the United States District

Court for the District of Columbia.

2. Thomas C. Summers was admitted to practice law in the State of Maryland in 1981 and is in good standing with the Bar in which he is a member. He is an attorney in the law firm of Peter G. Angelos, One Charles Center, 22nd Floor, 100 North Charles Street, Baltimore, Maryland 21201.

3. Mr. Summers represents the above-mentioned parties in personal injury/medical malpractice litigation and is to appear as co-counsel in this case.

4. Mr. Summers does not regularly practice law in the United States District Court for the District of Columbia.

5. The movant, Mary Cina Chalawsky, is local counsel in this case and has entered her appearance herein. She has been admitted to practice law in the United States District Court for the District of Columbia, and is a member of good standing of the United States District Court for the District of Columbia. She maintains an office for the practice of law in Baltimore, Maryland as an attorney in the law firm of Peter G. Angelos where she is engaged in the practice of law on a full time basis. Ms. Chalawsky or another member of the law firm of Peter G. Angelos who is admitted in the United States District Court for the District of Columbia will appear with Mr. Summers during the trial of this case.

WHEREFORE, it is respectfully requested that Thomas C. Summers be specially admitted to practice before the United States District Court for the District of Columbia to act as co-counsel with the movant for the appearance and participation in the above-entitled case.

Mary Cina Chalawsky
Bar No.: 474199
Law Offices of Peter G. Angelos, P.C.
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201
410-649-2000
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**REGINALD L. DIFFENDERFER** *
319 West 30th Street
Baltimore, Maryland 21211-2808 *

*Plaintiff* *

v. *

*

**UNITED STATES OF AMERICA**
**Serve On:** *
Jeffrey A. Taylor,
United States Attorney for *
the District of Columbia
Office of the United States Attorney for *
the District of Columbia
Judiciary Center * Case No.: 1:08-CV-01338-RJL
555 Fourth Street, NW
Washington, D.C. 20530 *

**Serve On:** *
Michael B. Mukasey,
Attorney General of the United States *
United States Department of Justice
950 Pennsylvania Avenue, NW *
Washington, D.C. 20530
*
*and*
*
**VERNE BETLACH, R.PH., FIACP**
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach, R.Ph., FIACP *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*and* *

**VERNE BETLACH, R.PH., FIACP** *
**d/b/a**
**CUSTOM RX COMPOUNDING** *
**AND NATURAL PHARMACY**
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach, R.Ph., FIACP *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*and* *

**CUSTOM RX COMPOUNDING** *
**PHARMACY, INC.**
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*Defendants* *

*

* * * * * * * * * * * *

**DECLARATION OF THOMAS C. SUMMERS**

The undersigned Declarant, Thomas C. Summers, first duly sworn, states under oath that the information set forth below in support of the Motion for Admission *pro hoc vice* is true to the best of his knowledge, information and belief.

1. My name is Thomas C. Summers. I am over the age of twenty-one (21) years. I am licensed to practice law in the State of Maryland, and am an associate in the law firm of Peter

G. Angelos, One Charles Center, 22nd Floor, 100 North Charles Street, Baltimore, Maryland 21201, 410-649-2000.

2. I am a member in good standing with the Bar of the State of Maryland, the Superior Court of the District of Columbia, and the United States District Court for the District of Maryland, and I have never been disciplined or suspended from the practice of law in Maryland, the District of Columbia, or any other jurisdiction.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not been previously admitted *pro hoc vice* in this Court.

5. I have been requested by the Law Offices of Peter G. Angelos representing the Plaintiff to appear as co-counsel in the above-captioned litigation.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the aforegoing paper are true.

Thomas C. Summers

STATE OF MARYLAND
COUNTY/CITY OF Baltimore

Subscribed and sworn before me this 25th day of August 2008.

Diane L. Rowe
Notary Public

My Commission Expires:
2/01/09

DIANE L. ROWE
Notary Public
Baltimore County, MD
My Comm. Exps. 2/1/2009

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**REGINALD L. DIFFENDERFER** *
319 West 30th Street
Baltimore, Maryland 21211-2808 *

*Plaintiff* *

v. *

*

**UNITED STATES OF AMERICA**
**Serve On:** *
Jeffrey A. Taylor,
United States Attorney for *
the District of Columbia
Office of the United States Attorney for *
the District of Columbia
Judiciary Center * Case No.: 1:08-CV-01338-RJL
555 Fourth Street, NW
Washington, D.C. 20530 *

**Serve On:** *
Michael B. Mukasey,
Attorney General of the United States *
United States Department of Justice
950 Pennsylvania Avenue, NW *
Washington, D.C. 20530
*
*and*
*
**VERNE BETLACH, R.PH., FIACP**
6519 Nicollett Avenue South *
Richfield, Minnesota 55423
*
**Serve on:**
Verne Betlach, R.Ph., FIACP *
6519 Nicollett Avenue South
Richfield, Minnesota 55423 *

*and* *

| | |
|---|---|
| **VERNE BETLACH, R.PH., FIACP** | * |
| **d/b/a** | |
| **CUSTOM RX COMPOUNDING** | * |
| **AND NATURAL PHARMACY** | |
| 6519 Nicollett Avenue South | * |
| Richfield, Minnesota 55423 | |
| | * |
| **Serve on:** | |
| Verne Betlach, R.Ph., FIACP | * |
| 6519 Nicollett Avenue South | |
| Richfield, Minnesota 55423 | * |
| *and* | * |
| **CUSTOM RX COMPOUNDING** | * |
| **PHARMACY, INC.** | |
| 6519 Nicollett Avenue South | * |
| Richfield, Minnesota 55423 | |
| | * |
| **Serve on:** | |
| Verne Betlach | * |
| 6519 Nicollett Avenue South | |
| Richfield, Minnesota 55423 | * |
| *Defendants* | * |
| | * |

*    *    *    *    *    *    *    *    *    *    *    *

**ORDER**

This matter comes before the Court of Thomas C. Summers's Motion for Special Admission of Out-of-State Attorney on behalf of Plaintiffs.

Wherefore, it is this __________ day of _______________ 2008 ORDERED that Thomas C. Summers's Motion for Special Admission of Out-of-State Attorney is GRANTED.

                                                ________________________________________
Judge, United States District Court
For the District of Columbia

Copies to:

Thomas C. Summers, Esq.
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201

Mary Cina Chalawsky, Esq.
Law Offices of Peter G. Angelos
One Charles Center, 22nd Floor
100 North Charles Street
Baltimore, Maryland 21201